UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING<br><br>    Plaintiff,<br><br>v.<br><br>MERCHANTS BANK, INC.<br><br>    Defendant. | Case No.:  19cv1834-LAB (AGS)<br><br>**ORDER OF DISMISSAL** |

Plaintiff Anton Ewing filed his complaint on September 24, 2019 and a summons was issued the same day. On April 1, after no activity appeared in the docket, the Court ordered Ewing to show cause why this action should not be dismissed for failure to serve and for failure to prosecute.

Ewing has now filed a response, saying he cannot locate Defendant and does not believe it actually exists. He asks that the Court either allow him to dismiss the action, or that it grant him discovery so he can find out more information.

/ / /
/ / /
/ / /
/ / /
/ / /

The request to dismiss is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated: April 15, 2020

*[signature]*
Honorable Larry Alan Burns
Chief United States District Judge